Robert Lee MOORE, Appellant, v.
STATE, Appellee.

No. 25845.

Court of Criminal Appeals of Texas.
May 7, 1952.

. No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for murder under Art. 802c of the Vernon's Annotated Penal Code; the punishment, 2 years in the penitentiary.

Accompanying the record is an affidavit in proper form executed by appellant requesting the dismissal of the appeal.

Appellant's request is granted, and the appeal is dismissed.

Opinion approved by the Court.